IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAMERON LYONS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Acting Commissioner of Social Security Administration;<br><br>Defendant. | 8:20CV440<br><br>**ORDER** |

Plaintiff has filed an application to proceed with this litigation without prepaying fees or costs. (Filing 2.) The affidavit Plaintiff submitted demonstrates Plaintiff's eligibility to proceed *in forma pauperis* under 28 U.S.C. § 1915(a).

IT IS THEREFORE ORDERED:

1. Plaintiff's application (Filing 2) is granted, and the Complaint shall be filed without payment of fees;

2. The Clerk of the Court shall send a copy of this Order together with three summons forms and three USM-285 forms to Plaintiff for service of process on Defendant; and

3. Plaintiff shall, as soon as possible, complete the USM-285 forms and the summons forms and return them to the Clerk of the Court. The Clerk of the Court will sign the summons forms, to be forwarded with a copy of Plaintiff's Complaint

to the U.S. Marshals Service for service of process. The Clerk of the Court will copy the Complaint; Plaintiff need not do so. The Marshal shall serve the summons and the Complaint without payment of costs or fees.[1]

Dated this 22nd day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] Pro se litigants proceeding *in forma pauperis* are entitled to rely on service by the United States Marshals Service. *Wright v. First Student, Inc.*, 710 F.3d 782, 783 (8th Cir. 2013). Pursuant to 28 U.S.C. § 1915(d), in an *in forma pauperis* case, "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases." *See Moore v. Jackson*, 123 F.3d 1082, 1085 (8th Cir. 1997) (language in § 1915(d) is compulsory).