IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAMERON L.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration;<br><br>　　　　Defendant. | 8:20CV440<br><br>**MEMORANDUM AND ORDER** |

　　　On June 11, 2021, Plaintiff filed a motion requesting a 60-day extension of time to file a motion for an order reversing the Commissioner's decision, together with a supporting brief. (Filing 28.) The court previously extended the deadline to June 1, 2021. (See Filing 21.) Although Plaintiff's motion is untimely, defense counsel has informed the court by email that the Commissioner does not object to the motion, and the court finds that the motion should be granted.

　　　IT IS THEREFORE ORDERED that Plaintiff's motion for extension of time (Filing 28) is granted, and the deadline established in paragraph 2 of General Order No. 2015-05 (Filing 3) for Plaintiff to file a motion for an order reversing the Commissioner's decision, together with a supporting brief, is hereby extended to August 2, 2021.

　　　Dated this 14th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge