IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAMERON L.,<br><br>         Plaintiff,<br><br>   vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security;<br><br>         Defendant. | 8:20CV440<br><br>**ORDER** |

    IT IS ORDERED that Defendant's motion for extension of time (Filing 35) is granted. Accordingly, Defendant shall have until October 8, 2021, to file a motion for an order affirming the Commissioner's decision.

    Dated this 30th day of August 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge